UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ALLEN ARREDONDO-BRAATEN, §<br>TDCJ No. 02301061, §<br> §<br>      Petitioner, §<br> §<br>v. §<br> §<br>BOBBY LUMPKIN, Director, §<br>Texas Department of Criminal Justice, §<br>Correctional Institutions Division, §<br> §<br>      Respondent. § | CIVIL NO. SA-24-CA-0084-FB |

# J U D G M E N T

The Court has considered the Judgment to be entered in the above-styled and numbered cause.

Pursuant to this Court's Memorandum Opinion and Order of even date herewith, **IT IS HEREBY ORDERED, ADJUDGED** and **DECREED** that federal habeas corpus relief is **DENIED** and that petitioner Allen Arredondo-Braaten's Amended Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (ECF No. 17) is **DISMISSED WITH PREJUDICE**. No Certificate of Appealability shall issue in this case. Remaining motions pending with the Court, if any are Dismissed as moot and this case is now **CLOSED**.

It is so ORDERED.

SIGNED this 1st day of August, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE