# United States Court of Appeals for the Fifth Circuit

No. 24-50673

United States Court of Appeals
Fifth Circuit

**FILED**
October 9, 2024

Lyle W. Cayce
Clerk

Allen Arredondo-Braaten,

*Petitioner—Appellant,*

*versus*

Bobby Lumpkin, *Director, Texas Department of Criminal Justice, Correctional Institutions Division,*

*Respondent—Appellee.*

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:24-CV-84-FB

CLERK'S OFFICE:

Under 5th Cir. R. 42.3, the appeal is dismissed as of October 9, 2024, for want of prosecution. The appellant failed to timely pay docketing fee.

No. 24-50673

LYLE W. CAYCE  
Clerk of the United States Court  
of Appeals for the Fifth Circuit

By: _____

Peter A. Conners, Deputy Clerk

**ENTERED AT THE DIRECTION OF THE COURT**